**FILED**

IN THE UNITED STATES DISTRICT COURT FOR NORTHERN

DISTRICT OF ILLINOIS EASTERN DIVISION

JAN 15 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ANDREW JACKSON,

    Plaintiff,

vs.

COREY T. DALE, and

COOK-DUPAGE TRANSPORTATION

COMPANY, INC.,

    Defendants.

14cv281
Judge Sara L. Ellis
Magistrate Geraldine Soat Brown

PLAINTIFF DEMANDS 12 PERSON JURY TRIAL

COMPLAINT

THE PLAINTIFF ALLEGES:

1. PLAINTIFF IS A CITIZEN OF THE STATE OF CALIFORNIA, AND DEFENDANTS ARE AS FOLLOWS, COREY T DALE, IS A CITIZEN OF ILLINOIS. COOK-DUPAGE COMPANYTRANSPORTATION , INC., IS AN ILLINOIS CORPORATION, DULY REGISTERED SINCE 4-18-1975, KNOWN 506 44 391, INCORPORATED UNDER THE LAWS OF ILLINOIS, HAVING AS ITS PRINCIPAL AT 1200 WEST FULTON STREET, CHICAGO, ILLINOIS 60607.

THE MATTER IN CONTROVERSY EXCEEDS , EXCLUSIVE OF INTEREST AND COSTS, THE SUM OF $ 2,500,000.00 .

2. THAT ON JANUARY 17, 2012, WHILE WAITING TO CROSS THE STREET AT OR ABOUT 2626 WEST 63RD STREET, WAS INJURED BY A VAN BACKING UP, AFTER MAKING A U TURN.
3. THAT DEFENDANT COREY T. DALE, WAS ON A CELL PHONE, AND AFTER STRIKING THE

PLAINTIFF, ANDREW JACKSON, EXITED THE VAN, STILL ON THE CELL PHONE.

4. THE PLAINTIFF WAS REMOVED TO HOLY CROSS HOSPITAL, BY AMBULANCE.

5. THE PLAINTIFF SUFFERED PERMANENT AND DISFIGURING INJURIES.

WHEREFORE PLAINTIFF DEMANDS JUDGEMENT AGAINST BOTH DEFENDANTS IN AN AMOUNT GREATER THAN $ 2,500,000.00 dollars plus costs.

## COUNT TWO

THE PLAINTIFF RE-ALLEGES PARAGRAPHS 1-5, AND FURTHER ALLEGES AGAINST DEFENDANT COOK-DUPAGE TRANSPORTATION COMPANY, INC., THAT THE CORPORATION FAILED OR NEGLIGENTLY TRAINED, AND OR INSTRUCTED THEIR DRIVER-EMPLOYEE, OF THE PLACE TO BOARD AND UNBOARD THEIR PASSENGERS. FURTHERMORE, DEFENDANT DID NOT INSTRUCT THEIR DRIVER-EMPLOYEE, OF THE CITY OF CHICAGO ORDINANCES, OR THE STATE OF ILLINOIS STATUTES.

WHEREFORE PLAINTIFF SEEKS PUNTIVE DAMAGES THAT ARE GREATER THAN $ 7,500,000.00, plus cost.

_/s/ signature_

LAW OFFICES OF LAURANCE TYRONE JEFFRIES

7658 SOUTH CRANDON AVENUE

CHICAGO, ILLINOIS   60649-4117

TELEPHONE:  312 527-5752

MOTION PRACTICE : ATTORNEY HARRY CHARLES LEE, III

2 NORTH LASALLE STREET, SUITE 1600, CHICAGO ILLINOIS 60602, #312 332 0999

AFFIDAVIT OF COMPLAINCE WITH RULE 39, OF UNITED STATES DISTRICT COURT

AFFIANT IS THE ATTORNEY OF RECORD FOR PLAINTIFF, ANDREW JACKSON AND HAS KNOWLEDGE OF THE MATTERS COVERED BY THIS AFFIDAVIT AND HAS READ GENERAL RULE 39.

AFF IANT HAS NOT DIRECTLY OR INDIRECTLY SOLICTED EMPLOYMENT BY THE ABOVE NAMED PARTY OR PARTIES, AND KNOWS OF NO SOLICTATION OF SAID PARTY OR PARTIES BY ANY PERSON THAT HAS RESULTED IN THE EMPLOYMENT OF THE AFFIANT, NO EXCEPTIONS.

AFFIANT HAS NOT PAID, OR PROMISED TO PAY, AND KNOWS OF NO PAYMENT OR PROMISE OF PAYMENT TO THE ABOVE-NAMED PARTY, OR PARTIES, OF THE COSTS OF THIS CASE, OR OF THE LIVING OR OTHER EXPENSES OF ANY PARTY, OR OF ANY PARY OF AN ATTORNEY"S FEE ALREADY RECEIVED OR HEREAFTER TO BE RECEIVED, OR ANY PORTION OF THE RECOVERY BY SUIT OR SETTLEMENT TO ANY PERSON WHATEVER OTHER THAN THE ABOVE-NAMED PARTY OR PARTIES AND THE ATTORNEYS OF RECORD HEREIN, NO EXCEPTION.

_____
AFFIANT: LAURANCE TYRONE JEFFRIES, LAWYER